| | | |
|---|---|---|
| People v Blackwood | 2d Dept: 148 AD3d 716 (Westchester) | denied 5/12/17 (Fahey, J.) |
| People v Blair | 3d Dept: 148 AD3d 1426 (Essex) | denied 5/24/17 (Fahey, J.) |
| People v Blanding (John) | App Div, 1st Dept: 2017 NY Slip Op 63294(U) (NY) | denied 5/4/17 (Stein, J.) |
| People v Blanding (Johnny) | App Div, 1st Dept: 2017 NY Slip Op 63294(U) (NY) | denied 5/4/17 (Stein, J.) |
| People v Blandino | App Term, 1st Dept: 54 Misc 3d 144(A) (NY) | denied 5/30/17 (DiFiore, Ch. J.) |
| People v Boland | 2d Dept: 143 AD3d 909 (Queens) | denied reconsideration 5/2/17 (Garcia, J.) |
| People v Bonet | 1st Dept: 146 AD3d 647 (NY) | denied 5/16/17 (Wilson, J.) |
| People v Boone | 1st Dept: 146 AD3d 458 (NY) | denied 5/2/17 (Garcia, J.) |
| People v Bovian | 2d Dept: 148 AD3d 924 (Kings) | denied 5/17/17 (Garcia, J.) |
| People v Bowens | 2d Dept: 148 AD3d 925 (Richmond) | denied 5/16/17 (Stein, J.) |
| People v Brady | County Ct, 12/15/16 (Livingston) | denied 5/11/17 (Rivera, J.) |
| People v Brims (Edward) | 2d Dept: 145 AD3d 1025 (Rockland) | denied 5/3/17 (Garcia, J.) |
| People v Brims (Edward) | App Div, 2d Dept: 2014 NY Slip Op 87970(U) (Rockland) | dismissed 5/17/17 (Garcia, J.) |
| People v Brinker | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 5/16/17 (Wilson, J.) |
| People v Brockington | 1st Dept: 147 AD3d 460 (NY) | denied 5/3/17 (Garcia, J.) |
| People v Brown (Moses) | 2d Dept: 146 AD3d 967 (Kings) | denied 5/4/17 (Stein, J.) |
| People v Brown (Oneick) | 2d Dept: 147 AD3d 969 (Nassau) | denied 5/18/17 (Garcia, J.) |
| People v Brown (Stephen) | 1st Dept: 147 AD3d 570 (NY) | denied 5/17/17 (Garcia, J.) |
| People v Brown (Willie) | 4th Dept: 145 AD3d 1483 (Onondaga) | denied 5/4/17 (Rivera, J.) |
| People v Bryant | 2d Dept: 147 AD3d 779 (Kings) | denied 5/12/17 (Fahey, J.) |
| People v Bunting | 2d Dept: 146 AD3d 794 (Kings) | denied 5/11/17 (Rivera, J.) |
| People v Cabrera | 1st Dept: 147 AD3d 693 (NY) | denied 5/11/17 (Rivera, J.) |
| People v Callistro | 2d Dept: 146 AD3d 795 (Richmond) | denied 5/15/17 (Wilson, J.) |
| People v Campbell | 2d Dept: 148 AD3d 821 (Nassau) | denied 5/22/17 (Fahey, J.) |